# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0674

VERSUS

DAVID LANG                                            **OCTOBER 1, 2021**

---

In Re:     David Lang, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 18-
           CR2-138629.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information or indictment, the commitment order, all pertinent minute entries and/or transcripts and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 29, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

Furthermore, relator's claims regarding ineffective assistance of counsel appear to be in the nature of postconviction relief. Any claims relator has regarding his conviction itself should be raised in a properly filed application for postconviction relief. See La. Code Crim. P. art. 924, et seq.

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT